GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
ELIZABETH A. LAUGHTON (State Bar No. 305800)
elizabeth.laughton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff
FLEX LOGIX TECHNOLOGIES, INC.

NITOJ P. SINGH (State Bar No. 265005)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California  94108
Telephone:    (415) 433-1700
Facsimile:    (415) 520-6593

Attorneys for Defendants
VENKAT KONDA and
KONDA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FLEX LOGIX TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>VENKAT KONDA, an individual, and KONDA TECHNOLOGIES, INC., a California corporation,<br><br>            Defendants. | CASE NO. 5:18-cv-04222-LHK<br><br>**[PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE (AND RELATED DEADLINES) FOR SETTLEMENT PURPOSES**<br><br>Initial CMC:    October 17, 2018<br>Time:                2:00 p.m.<br>Ctrm:                8, 4th Floor |

1 | Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY
2 | ORDERED that the Initial Case Management Conference, currently scheduled for
3 | October 17, 2018, shall be continued to December 19, 2018 at 2:00 p.m.  If the matter does
4 | not settle, Defendants shall respond to the Complaint on or before December 10, 2018.

7 | DATED:  September 24, 2018

    *Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge