UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLEX LOGIX,<br><br>            Plaintiff,<br><br>      v.<br><br>VENKAT KONDA, et al.,<br><br>            Defendants. | Case No. 18-CV-04222-LHK<br><br>**ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

On December 5, 2018, in light of ongoing settlement negotiations, the parties filed a stipulation requesting to continue the initial case management conference set for December 18, 2018 at 2:00 p.m. to February 6, 2019. ECF No. 21.

The initial case management conference set for December 18, 2018 is CONTINUED to February 27, 2019 at 2:00 p.m. No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: December 6, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 18-CV-04222-LHK
ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE