GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
ELIZABETH A. LAUGHTON (State Bar No. 305800)
elizabeth.laughton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff
FLEX LOGIX TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FLEX LOGIX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VENKAT KONDA, an individual, and KONDA TECHNOLOGIES, INC., a California corporation,<br><br>Defendants. | CASE NO. 5:18-cv-04222-LHK<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)** |

PLEASE TAKE NOTICE that plaintiff Flex Logix Technologies, Inc. hereby dismisses the above-entitled action without prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1).

DATED:  December 10, 2018           MUNGER, TOLLES & OLSON LLP

By:   */s/ Steven M. Perry*
        STEVEN M. PERRY

Attorneys for Plaintiff
FLEX LOGIX TECHNOLOGIES, INC.